An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JENNIFER JACKSON,
Appellant,
vs.
NATIONAL DEFAULT SERVICING
CORPORATION; OCWEN LOAN
SERVICING; AND MERS-BEST RATE
FUND CORP.,
Respondents.

No. 62253

**FILED**

MAY 2 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

The parties have filed a stipulation seeking to dismiss this appeal. Having reviewed the stipulation, we approve it. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED. [1]

_____, C.J.
Pickering

cc: Hon. Kathleen E. Delaney, District Judge
Benjamin B. Childs
Tiffany & Bosco, P. A.
Houser & Allison, APC
Eighth District Court Clerk

---

[1]In light of this order, we disapprove as moot the parties' April 10, 2013, stipulation for an extension of time to file the opening brief.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14798